XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
DANIEL B. ALWEISS
Deputy Attorney General
State Bar No. 191560
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
 Telephone:  (510) 879-0005
 Facsimile:  (510) 622-2270
*Attorneys for Defendant Dr. Sam Wong, MD*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH RUBEN MORALES**,<br><br>                                   Plaintiff,<br><br>        v.<br><br>**DR. PETER ANASTASSIOUS, DR. SAM WONG, et al**,<br><br>                                   Defendants. | Case No. 2:20-cv-0704 KJN P<br><br>**ORDER GRANTING REQUEST TO OPT-OUT OF POST-SCREENING ADR PROJECT AND VACATE THE CURRENT SETTLEMENT CONFERENCE DATE** |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action.  On December 23, 2020, defendant Dr. Wong filed a request to opt out of the court's post-screening ADR project.  Good cause appearing, defendant Dr. Wong's request is granted.  The stay of this action is lifted and both defendants Dr. Wong and Dr. Anastassiou are required to file a responsive pleading within thirty days from the date of this order.[1]  A failure to timely respond may result in the entry of default judgment.

---

[1] Dr. Anastassiou, who is not represented by counsel, returned the executed waiver of service of process on July 20, 2020.  (ECF No. 13.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Dr. Wong's requested to opt out (ECF No. 18) is granted.

2. The March 9, 2021 settlement conference is vacated.

3. The stay of this action is lifted.

4. Defendants Dr. Wong and Dr. Anastassiou shall file responsive pleadings within thirty days from the date of this order.

5. The Clerk of the Court shall serve a copy of this order on Dr. Peter Anastassiou on the address listed in ECF No. 12 at 1.)

Dated: January 5, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mora0704.optout