UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MORALES,<br><br>          Plaintiff,<br><br>v.<br><br>DR. PETER ANASTASSIOU, et al.,<br><br>          Defendants. | Case No.: 2:20-cv-0704 KJN P<br><br>**ORDER** |

  Plaintiff is a state prisoner, proceeding through counsel. On February 25, 2021, counsel for plaintiff filed a stipulation signed by counsel for defendants Dr. Anastassiou and Dr. Wong. The parties have agreed to allow plaintiff to amend his complaint. Having considered the parties' stipulation, plaintiff's amended complaint is permitted, and the Clerk is directed to file the amended complaint. The dismissal of the original complaint requires that defendant Anastassiou's motion to dismiss plaintiff's original complaint be dismissed as moot.

  Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 23) is approved;

2. Plaintiff is granted leave to amend (ECF No. 23);

3. The Clerk of the Court is directed to file plaintiff's amended complaint (ECF No. 23-2);

4. Defendant Dr. Anastassiou's motion to dismiss (ECF No. 21) is dismissed without prejudice; and

5. Defendants Dr. Anastassiou and Dr. Wong are granted thirty days from the date of this order in which to file a responsive pleading.

Dated: March 1, 2021

*KENDALL J. NEWMAN*
UNITED STATES MAGISTRATE JUDGE

/mora0704.mta