UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MORALES,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. PETER ANASTASSIOU, et al.,<br><br>          Defendants. | No.  2:20-cv-0704 KJN P<br><br>ORDER GRANTING MOTION TO AMEND |

Plaintiff is a state prisoner, proceeding through counsel.  On April 1, 2021, counsel for plaintiff filed a stipulation signed by counsel for defendants Dr. Anastassiou and Dr. Wong.  The parties have agreed to allow plaintiff to amend his complaint.  Having considered the parties' stipulation, plaintiff's amended complaint is permitted, and the clerk is directed to file the second amended complaint.  In light of the dismissal of the first amended complaint, defendant Anastassiou's motion to dismiss plaintiff's first amended complaint is dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 29) is approved;

2. Plaintiff is granted leave to amend (ECF No. 29);

3. The Clerk of the Court is directed to file plaintiff's second amended complaint (ECF No. 29-1);

////

1

      4.  Defendant Dr. Anastassiou's motion to dismiss (ECF No. 27) is dismissed without prejudice; and

      5.  Defendants Dr. Anastassiou and Dr. Wong are granted thirty days from the date of this order to file a responsive pleading.

Dated: April 5, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mora0704.mta2