UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH MORALES,

          Plaintiff,

    v.

DR. PETER ANASTASSIOU, et al.,

          Defendants.

No.  2:20-cv-0704 KJN P

ORDER GRANTING STIPULATION FOR
RESPONSIVE PLEADING EXTENSION

Plaintiff is a state prisoner, proceeding through counsel.  On May 11, 2021, counsel for defendant Dr. Anastassiou filed a stipulation signed by counsel for plaintiff Ralph Morales. Plaintiff agreed to provide Dr. Anastassiou a two-week extension to file a responsive document. Having considered the parties' stipulation, defendant's extension is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 33) is approved; and

2. Defendant Dr. Anastassiou shall file a responsive document on or before May 19, 2021.

Dated:  May 17, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mora0704.eot

1