UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MORALES,<br><br>Plaintiff,<br><br>v.<br><br>DR. PETER ANASTASSIOU, et al.,<br><br>Defendants. | No. 2:20-cv-0704 KJN P<br><br><br>ORDER AND REVISED DISCOVERY AND SCHEDULING ORDER |

Plaintiff is a state prisoner, proceeding through counsel. On September 24, 2021, counsel for defendant Dr. Anastassiou filed a stipulation to modify the scheduling order. (ECF No. 43.) Counsel for defendant Dr. Anastassiou claims she mistakenly believed that declining the jurisdiction of the undersigned somehow vacated the discovery and scheduling order. Despite opposing counsel's mistaken belief, counsel for plaintiff stipulated to modify the discovery and scheduling order.

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

The proposed stipulation was filed prior to the discovery deadline set in this court's May 21, 2021 scheduling order. In light of the parties' stipulation, the undersigned modifies the

1

discovery and scheduling order as stipulated by the parties.  Counsel for defendant Dr. Anastassiou is cautioned that this court's orders remain in effect unless vacated or altered by subsequent court order.

Accordingly, IT IS HEREBY ORDERED that the discovery and scheduling order (ECF No. 36) is modified as follows:

1. The parties may conduct discovery, including depositions, until January 7, 2022; the parties may request the production of documents at such depositions.

2. Deadlines for additional written discovery, including discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36, have already passed and are not extended by this order.

3. Any motions necessary to compel discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be filed pursuant to the court's May 21, 2021 discovery and scheduling order (ECF No. 36).

4. All pretrial motions, except motions to compel discovery, shall be filed on or before April 8, 2022.  Any motion so filed shall be briefed pursuant to Local Rule 230(l).

5. In all other respects the May 21, 2021 discovery and scheduling order (ECF No. 36) remains in effect.

Dated:  October 1, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mora0704.41r