UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| RALPH MORALES,<br><br>Plaintiff,<br><br>v.<br><br>DR. PETER ANASTASSIOU, et al.,<br><br>Defendant. | Case No.: 2:20-cv-0704 JAM KJN P<br><br>ORDER GRANTING STIPULATION FOR THREE-WEEK DISCOVERY EXTENSION FOR A LIMITED PURPOSE; REVISED SCHEDULING ORDER |
|---|---|

Plaintiff is a state prisoner, proceeding through counsel.  On January 7, 2022, counsel for Plaintiff filed a stipulation signed by counsel for Defendants.  Counsel for Plaintiff and Defendant Anastassiou negotiated a three-week discovery extension to obtain written answers to certain deposition questions posed to Dr. Anastassiou at his deposition on December 30, 2021 to avoid a motion to compel.  Defendant Wong filed a statement of non-opposition.

Having considered the parties' stipulation, defendant's extension is granted. The discovery deadline is extended for the sole purpose of resolving the disputes arising with respect to Dr. Anastassiou's deposition set forth in the stipulation.

No extension of the pretrial motion deadline was requested.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 45) is approved;

2. Plaintiff and Defendant Anastassiou now have until January 28, 2022, to conduct discovery related to specifically to deposition questions Dr. Anastassiou was instructed not to answer; and

3. The discovery deadline is extended to January 28, 2022, for the sole purpose set forth above.

Dated: January 19, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mora0704.stip