UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH MORALES,<br><br>                                    Plaintiff,<br><br>v.<br><br>DR. PETER ANASTASSIOU, et al.,<br><br>                                    Defendant. | Case No. 2:20-cv-0704 JAM KJN P<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF DR. WONG |

Plaintiff is a state prisoner, proceeding through counsel. On April 26, 2022, counsel for plaintiff filed a stipulation signed by plaintiff's counsel and counsel for defendants. All counsel stipulate to the dismissal of defendant Dr. Wong with prejudice, and stipulate that defendant Dr. Wong's motion for summary judgment (ECF No. 49) should be dismissed as moot. (ECF No. 54.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation (ECF No. 54) is granted;

2. Defendant Wong is dismissed from this action with prejudice; and

3. Dr. Wong's motion (ECF No. 49) is dismissed as moot.

Dated:  April 28, 2022

mora0704.stip2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE