Benjamin Rudin (State Bar No. 292341)
**BEN RUDIN, ATTORNEY & COUNSELOR AT LAW**
3830 Valley Centre Dr.
Ste. 705, PMB 231
San Diego, CA 92130
Telephone: (858) 256-4429
Email: ben@benrudin.law

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH MORALES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DR. PETER ANASTASSIOU,<br><br>　　　　　　　　　　Defendant. | Case No.:  2:20-cv-0704 DAD KJN P<br><br>**[PROPOSED] ORDER GRANTING EXTENSION TO FILE OBJECTIONS TO FINDINGS OF RECOMMENDATIONS ON SUMMARY JUDGMENT AND RESPONSE**<br><br>Judge: Honorable Dale A. Drozd<br>Trial date: Not set<br>Action filed: April 3, 2020 |

　　　The parties stipulated to a ten-day extension to file objections to findings and recommendations on defendant's motion for summary judgment (ECF No. 64), and responses.  Good cause appearing, the stipulation is approved, and the motion is granted.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.  The December 12, 2022 stipulation (ECF No. 65) is approved, and the parties are granted an extension of time (ECF No. 66) to file objections to the findings and recommendations;

　　　2.  Objections shall be filed on or before on December 23, 2022; and

////

////

////

3. Responses to objections shall be filed within 14 days after service of objections.

Dated: December 14, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mora0704.eot